**No. 11-152. James C. Davis, Petitioner v. Brian McKinney, et al.**

565 U.S. 884, 132 S. Ct. 254, 181 L. Ed. 2d 147, 2011 U.S. LEXIS 5275.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 422 Fed. Appx. 442.